In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00251-CR**
_____

**IN RE REBEL HAYZ BREAUX**

---

**Original Proceeding**
**163rd District Court of Orange County, Texas**
**Trial Cause No. 250302-C**

---

**MEMORANDUM OPINION**

Before we issued an opinion, Relator Rebel Hayz Breaux filed a motion to dismiss Relator's original proceeding seeking a writ of mandamus. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on July 28, 2026
Opinion Delivered July 29, 2026
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.